No. 73–5807.  OGDEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–5889.  BANKS ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5918.  WESTBROOK *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–5948.  DA SILVA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–5960.  HARGRAVES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–5970.  OGDEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–5995.  SHARPE ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–6005.  CARTER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6017.  CAVENAUGH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6018.  GOMEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6021.  TYLER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–6023.  KOPACSI *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6037.  BROWN *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.